USA

vs.

**Anthony Jean-Claude**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAY 22  A 10: 03

Criminal No. JFM-14-0041

Defendant's Exhibits

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| A | 5/21/14 | 5/21/14 | Sublease |
| B | 5/21/14 | 5/21/14 | text   4/22/14 |
| C | 5/21/14 | 5/21/14 | text   4/30/14 |
| D | 5/21/14 | 5/21/14 | affidavit |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)