USA

vs.

Anthony Jean-Claude

**Criminal No. JFM-14-0041**

Government Exhibits

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAY 22   A 10: 04

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 5/21/14 | 5/21/14 | Joint Venture Agreement |
|  |  |  |  |

Exhibit List (Rev. 3/1999)